KOLIN C. TANG (SBN 279834)
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
11755 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025
Telephone: (323) 510-4060
Facsimile: (866) 300-7367
Email:  ktang@sfmslaw.com

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CORDOBA, On Behalf Of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ECODESIGNZ LLC,<br><br>Defendant. | CLASS ACTION<br><br>Case No. 2:17-cv-04266-GW-JC<br><br>JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN BY Plaintiff, William Cordoba, through his undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: June 28, 2017                     By:   s/ Kolin C. Tang
                                                              KOLIN C. TANG (SBN 279834)
                                                              SHEPHERD, FINKELMAN, MILLER
                                                               & SHAH, LLP
                                                              11755 Wilshire Blvd., 15th Floor
                                                              Los Angeles, CA 90025
                                                              Telephone: (323)510-4060
                                                              Facsimile: (866) 300-7367
                                                              Email:  ktang@sfmslaw.com

1
2
3
4   JAMES C. SHAH (SBN 260435)
    SHEPHERD, FINKELMAN, MILLER
5     & SHAH, LLP
    35 East State Street
6   Media, PA 19063
    Telephone: (610) 891-9880
7   Facsimile: (866) 300-7367
    Email: jshah@sfmslaw.com
8
    *Attorneys for Plaintiff and
9   the Proposed Class*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28